**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 25, 2019**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00404-CV

**STEVEN GUTHRIE, Appellant**

**V.**

**FIT ATHELETIC CLUB, LLC, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-49676**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 14, 2019. On June 20, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Hassan